## Attachment A

## Description of Devices to be Searched

**Subject Device 3**, which is currently secured with the Kalamazoo Department of Public Safety:

    a.    **Subject Device 3**: Black iPhone 12, Model A2172, IMEI 352784729407943, with several cracks.